FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

**Justin E. Schurawlow**
(Enter the full name of the plaintiff or plaintiffs)

v.

**Trooper(s) Matthew Kelly, Raymond Schermerhorn, Supervisor John Doe, Trooper(s) John Doe #2, and John Doe #3**
(Enter the full name of the defendant or defendants)

II. PARTIES

a. Plaintiff
Full name: Justin E. Schurawlow
Prison Identification number: 195593
Place of present confinement: Lehigh County Jail
Address: 38 North 4th St Allentown, PA 18102

Place of confinement at time of incidents or conditions alleged in complaint, including address:
Pennsylvania State Police Fogelsville, PA barracks specific address unavailable/unknown

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Trooper Matthew Kelly
   Place of employment and section or unit: PA State Police Fogelsville

2. Full name including title: Trooper Raymond Schermerhorn
   Place of employment and section or unit: PA State Police Fogelsville

3. Full name including title: Supervisor John Doe
   Place of employment and section or unit: PA State Police Fogelsville

4. Full name including title: Trooper John Doe #2
   Place of employment and section or unit: PA State Police Fogelsville

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

2

### III. PREVIOUS LAWSUITS

**NO PRIOR LITIGATION**

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

    *Parties to your previous lawsuit:*

        *Plaintiffs* _____

        *Defendants* _____

    *Issues:* _____

        _____

    *Court: if federal, which district?* _____

        *if state, which county?* _____

    *Docket number:* _____ *Date filed:* _____

    *Name of presiding judge:* _____

    *Disposition: (check correct answer(s)): Date:* _____

        *Dismissed* ____ *Reason?* _____

        *Judgment* ____ *In whose favor?* _____

        *Pending* ____ *Current status?* _____

        *Other* ____ *Explain* _____

        *Appeal filed?* ____ *Current status?* _____

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

### IV ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

**N/A NO ADMINISTRATIVE PROCEDURES AVAILABLE**

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

    Type of procedure. (grievance, disciplinary review, etc.)
    _____

    Authority for procedure. (DC-ADM, inmate handbook, etc.)
    _____

    Formal or informal procedure. _____

    Who conducts the initial review? _____
    _____

    What additional review and appeals are available? _____
    _____
    _____

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

    On what date did you request initial review? _____

    What action did you ask prison authorities to take? _____
    _____

    What response did you receive to your request? _____
    _____

    What further review did you seek and on what dates did you file the requests? _____
    _____
    _____

    What responses did you received to your requests for further review?
    _____
    _____
    _____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?

    _____
    _____

4

## V. STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

*Statement of Claim:*

I. On or about September 28th, 2019 at 1919 hours the Pennsylvania State Police (Fogelsville) arrested me at 1091 Mill Creek Rd in Lower Macungie Township, Lehigh County, PA. At the aforementioned time and place of arrest my vehicle was clearly visible parked in handicap parking with handicap placard displayed in clear view, I also had my cane to assist walking (for balance). The arresting officers, Troopers Matthew Kelly and Raymond Schermerhorn, used excessive force during arrest by placing me on the ground excessively hard thereby inflicting a head injury to me causing a bleeding wound.

SEE ATTACHED PAGES

## VI. RELIEF

*Instructions: Briefly state exactly what you want the Court to do for you.*

*Relief sought:*

nominal damages
punitive damages
declatory decree requiring proper State Police training
disciplinary action of all defendants

## VII. DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

8/26/2020
DATE

Justin Schul
SIGNATURE OF PLAINTIFF(S)

II. PARTIES
  b. defendants
    5. Trooper John Doe #3
       PA State Police Fogelsville

V. STATEMENT OF CLAIM

I. In addition Troopers Matthew Kelly and Raymond Schermerhorn further displayed reckless and callous indifference towards me during arrest by their blatantly ignoring the aforementioned clearly visible handicap indicators (cane needed, vehicle in handicap parking with placard which the aforementioned defendants already identified as belonging to me). I have nine (9) degenerated discs in my spine along with spinal cord compression. Given my physical condition along with the aforementioned facts any layperson would suspect physical limitations exist and that due to the amount of excessive force officers used they were reckless and callously inflicting substantial pain and suffering upon me.

II. On or about September 28th, 2019 shortly after the arrest at 1919 hours (in aforementioned claim I.) I was transported by Pennsylvania State Police to the Fogelsville, PA barracks. At the aforementioned location Cetronia Ambulance staff inspected my head injury/trama that was inflicted by Troopers Kelly and Schermerhorn. The Cetronia Ambulance EMT advised that I be transported to a hospital for treatment due to the extent of the aforementioned head injury. Troopers Kelly, Schermerhorn, Supervisor John Doe, Trooper Doe #2, and Trooper Doe #3 (referenced hereafter as PSP-Fogelsville) demonstrated deliberate indifference to serious medical need in that they conspired to deny medical treatment of my serious bleeding head injury/trama.

## V. STATEMENT OF CLAIM

II. It can and should be construed that there was an agreement reached as when Supervisor John Doe instructed the Cetronia EMT (and defendants collectively) that I would not be transported to a hospital for treatment of the aforementioned head injury/trauma none of the PSP-Fogelsville troopers (collectively defendants) took any action to prevent denial of my civil rights (demonstrating neglect and refusal to prevent such conspiracy to deprive my civil right to equal protection under the law and thereby displaying deliberate indifference to serious medical need directly causing a wanton infliction of pain). Furthermore all the aforementioned defendants, to my knowledge, were present at the said barracks and were aware (in agreement) when I was presented with a refusal of my right to treatment (which I refused to sign as when I asked said defendants for my glasses to read the form defendants refused and instructed me "to just sign"). As the defendants refused to allow me to read and review the "Patient Refusal Information Sheet" one can and should ascertain this has become a common policy/custom of PSP-Fogelsville (collectively defendants), that is to conspire to deny medical treatment by a doctor for a clearly visible serious medical need (that rises to deliberate indifference as stated serious medical need would be identifiable by a common layperson). In support of the above representations see the included "Centronia Ambulance Corps - Patient Refusal Information Sheet" form that defendants presented me with.

10.



## CETRONIA AMBULANCE CORPS

## Patient Refusal Information Sheet
### Please read and retain a copy of this form!

*Pt refused
(initial)*

This form has been given to you based on your decision to Refuse Treatment and / or Transport by the Emergency Medical Services of Cetronia Ambulance Corps. Your health and safety are our primary concern. Even though you have decided not to accept our advice, please remember the following:

_____ The evaluation and / or treatment provided to you by Cetronia Ambulance Corps is not a substitute
Initials       for medical evaluation and treatment by a doctor. We advise you to seek medical evaluation and treatment.

_____ Your condition may not seem as bad to you as it actually is. Without treatment, your condition or
Initials       problem could become worse. If you are planning to seek medical treatment, a decision to refuse treatment or transport by this EMS crew may result in a delay of treatment and could make your condition or problem worse.

_____ Medical evaluation and / or treatment may be obtained by calling your doctor if
Initials       you have one, or by going to any hospital Emergency Department in this area. All local hospitals are staffed with emergency physicians 24 hours a day. You may be seen at these emergency departments without an appointment.

_____ If you change your mind, your condition worsens or you decide to accept treatment
Initials       and transport by Emergency Medical Services, please do not hesitate to call us back by dialing **911**. We will do our best to help you.

_____ **Don't Wait!** When medical treatment is needed, it is usually better to receive treatment
Initials       right away.

_____ A Cetronia EMS provider checked my Blood Pressure __157__  __91__; Pulse __112__; Respirations __16__
Initials

_____ I specifically refuse the following care/treatment: __transport to hospital__
Initials

☐ If the box on the left has been checked, your problem or condition has been discussed with a doctor at the hospital by radio or telephone and the advice of this doctor was relayed to you by the emergency medical services personnel.

☐ Legal Guardian – By checking the box to the left, you attest to be the legal guardian of this patient in this situation and are acting on behalf of the patient. By signing the form below you indicate that you have read and understand the above information regarding refusal of treatment and / or transportation. **No patient under 18 years of age may refuse treatment and / or transport without the signed consent of a Legal Guardian.**

Guardian's Name (Printed): _____  Relation to Patient: _____

Guardian's Signature: _____  Date: _____

Patient's Signature: __Refused to Sign__  *I did NOT refuse treatment*  Date: __9/28/19__

Provider Signature: _____  Date: __9/28/19__

Witness Signature: __TPR Kelly__  Relation to Patient: __TROOPER__



Justin Schurawlow #195593

LEHIGH COUN[TY]
38 NORTH 4th
ALLENTOWN,

U.S.M.S. X-RAY

Michael E. Ku[notz]
Clerk
U.S. District Co[urt]
Eastern District
2609 U.S. Co[urthouse]
601 Market
Philadelphia, P[A]

Justin Schurawlow #195593